IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



VICKERY TRANSPORTATION, INC.,

    Plaintiff,

v.                                    No.: 1-02-1323

POLLUTION CONTROL INDUSTRIES
OF TENNESSEE, LLC, and POLLUTION
CONTROL INDUSTRIES, INC.,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR SCHEDULING CONFERENCE AND CONTINUING TRIAL DATE

This matter came on to be heard upon the Joint Motion of the Plaintiff Vickery and Defendants herein for a continuance of the October 17, 2005 trial date, for a scheduling conference for the purpose of entering an amended Rule 16(b) scheduling conference, upon the L.R. 7.02 Certificate of Consultation of Counsel, upon statements of counsel for the Plaintiff and Defendants herein that they have settled all of the multiple intervening complaints except for that of Grocers Ice & Cold Storage Company, Inc. and upon the entire record in the cause, from all of which the Court finds that said motion is well taken and should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  9/26/05



IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the October 17, 2005 trial date be and same is hereby continued and that a scheduling conference is set for the 18th day of October, 2005 for the purpose of obtaining a new trial date and preparation of an amended Rule 16(b) scheduling order. The scheduling conference will be at 10:30 a.m., before Magistrate Judge S. Thomas Anderson.

_____
JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE
23 Sept 2005

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 1:02-CV-01323 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

W. Scott Sims
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Melissa A. Maravich
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

R. Gregg Hovious
HOVIOUS LAW OFFICE
101 South Fifth St.
Louisville, KY 40202

John S. Bryant
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT